

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 20 2022
at 3 o'clock and 15 min. P M
John A. Mannie, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LINDSEY KINNEY, aka "Cowboy," Defendant. | ) | CR. NO. 22-00031 DKW<br>SUPERSEDING INDICTMENT<br>[18 U.S.C. § 875(c)] |

SUPERSEDING INDICTMENT

The Grand Jury charges:

## Count 1
Interstate Threat to Injure
(18 U.S.C. § 875(c))

On or about January 17, 2022, within the District of Hawaii and elsewhere, LINDSEY KINNEY, aka "Cowboy," the defendant, knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure Victim 1, Victim 2, and Victim 3, namely a post on Instagram threatening to kill the victims by beheading.

All in violation of Title 18, United States Code, Section 875(c).

Count 2
Interstate Threat to Injure
(18 U.S.C. § 875(c))

On or about March 28, 2022, within the District of Hawaii and elsewhere, LINDSEY KINNEY, aka "Cowboy," the defendant, knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure Victim 4, Victim 4's security staff, and Victim 5, namely a post on Instagram threatening to injure and kill the victims by beheading and other means.

All in violation of Title 18, United States Code, Section 875(c).

DATED: October 20, 2022, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney

United States v. Lindsey Kinney
Superseding Indictment
Cr. No. 22-00031 DKW