Case No.  CR 22-00031 DKW; USA VS. LINDSEY KINNEY, aka "Cowboy"

PROOF OF SERVICE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 24 2022
at 4 o'clock and 30 min. P M
John A. Mannle, Clerk  w

This summons was received to me on (date) 10/21/22.

☒ I personally served the summons on this defendant  LINDSEY KINNEY  at (place) Honolulu FDC  On (date) 10/21/22 ; or

☐ On (date) _____ I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to (name of individual) _____, who is authorized to receive service of process on behalf of (name of organization) _____ on (date) _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare that under penalty of perjury that this information is true.

Date returned: _____

_____
Server's Signature

Angelique Kaheeloe  DCSO
Printed name and title

Remarks:

2

AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

LINDSEY KINNEY, aka "Cowboy"
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 22-00031 DKW

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | TELEPHONIC HEARING |
| | Date and Time |
| Before: Rom Trader, United States Magistrate Judge | October 24, 2022 at 9:30 a.m. |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 875(c).

Brief description of offense:
Counts 1 & 2: Interstate Threat to Injure

John A. Mannle, Clerk of Court
Name and Title of Issuing Officer

/s/ John A. Mannle by EA
Signature of Issuing Officer/Deputy Clerk

October 21, 2022
Date