Cassandra Stamm
Hawaii Bar # 11384
P.O. Box 1564
Kapaa, HI  96746
(808) 977-2528
caseystamm@hotmail.com
Counsel for Defendant Lindsey Kinney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 1:22-cr-00031-DKW |
| Plaintiff, | ) ) | |
| v. | ) ) | MOTION AND PROPOSED ORDER TO SEAL PREV- |
| LINDSEY KINNEY, | ) ) ) | IOUSLY FILED DOCUMENT (SUB. NO. 53) UNDER SEAL |
| Defendant. | ) | |

COMES NOW the defendant Lindsey Kinney and moves this Honorable Court to seal his previously filed Motion to Suppress (with Appendices A and B) and Declaration of Counsel in support thereof.  Per this Court's docket entry sub. no. 55, this filing contains content that should be filed under seal.

DATED this 3rd day of November, 2022.

/s/  Cassandra Stamm
Law Offices of Cassandra Stamm, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:22-cr-00031-DKW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION AND PROPOSED |
| | ) | ORDER TO SEAL PREV- |
| LINDSEY KINNEY, | ) | IOUSLY FILED DOCUMENT |
| | ) | (SUB. NO. 53) |
| **Defendant.** | ) | |

THE COURT having reviewed the defendant's Motion to Seal Previously Filed Document (Sub. No. 53) as well as the records and files previously had herein, NOW HEREBY ORDERS that the documents previously filed in this matter at docket # 53 shall be sealed.

ORDERED this ___ day of November, 2023.

_____
Hon.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, I electronically filed the foregoing Motion and Proposed Order to Seal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Government.

/s/ Cassandra Stamm
Law Offices of Cassandra Stamm, LLC