# EXHIBIT 1

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: Mag. No. 22-521 RT | Date and time warrant executed: 4/13/22 9:50 am | Copy of warrant and inventory left with: Lindsey Kinney |
| Inventory made in the presence of: Lindsey Kinney | | |

Inventory of the property taken and name(s) of any person(s) seized:

1 red iPhone

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII  cc
Apr 13, 2022, 2:51 pm
Pam Hartman Beyer, Clerk of Court

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/13/22

_Parket_
Executing officer's signature

W. Tackett, Special Agent
Printed name and title

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE PERSON OF LINDSEY KINNEY,<br>aka "Cowboy." | ) ) ) ) ) ) )<br>Case No. Mag. No. 22-521 RT |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of __Hawaii__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    __April 26, 2022__    *(not to exceed 14 days)*
   ☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    __the Honorable Rom Trader__ .
                                                                                                                                             *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to **delay notice** to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    __April 12, 2022 at 2:23 p.m.__

City and state:    __Honolulu, Hawaii__

*[signature]*
Rom A. Trader
United States Magistrate Judge

## ATTACHMENT A

## Property to Be Searched

The person to be searched is the person of Lindsey KINNEY, aka "Cowboy," Date of Birth ███ 1979, Social Security Number ███ including the following on his person or within his immediate control: documents and identification; digital devices such as cell phones, computers, tablets, and digital storage media and devices (such as hard drives, thumb drives, DVDs, CDs, and SD cards), including the cell phone assigned call number ███-3006; and other containers.

## ATTACHMENT B

## Particular Things to be Seized

All evidence of violations of 18 U.S.C. § 875(c) by Lindsey KINNEY or others yet to be identified individuals, including:

1. Digital devices such as cell phones, computers, tablets, and digital storage media and devices (such as hard drives, thumb drives, DVD's, CDs, and SD cards), including the cell phone assigned call number ███ ███3006, all of which pursuant to this warrant may be searched for evidence, fruits and instrumentalities of violations of 18 U.S.C. § 875(c) by Lindsey KINNEY, and evidence of how the digital device was used, the purpose of its use, who used it, and when; and

2. Documents and identification which may be used to positively identify the carrier of said documents and devices.

In searching digital devices to seize the foregoing evidence, law enforcement executing this warrant or individuals assisting law enforcement may, in their discretion, search or image the digital devices on-site or seize and transport the digital devices and/or forensic images thereof to an appropriate facility to be searched at that location. If executing personnel find that a seized digital device may be unlocked using one of the biometric features described in the affidavit, including fingerprint or touch access, or facial or iris recognition, this warrant

authorizes law enforcement personnel executing the warrant to (1) press or swipe the fingers (including thumbs) of Lindsey KINNEY to any fingerprint scanner on the device to activate fingerprint recognition; (2) hold the device in front of the face of Lindsey KINNEY to activate facial recognition; and (3) hold the device in front of the eyes of Lindsey KINNEY to activate iris recognition, for the purpose of attempting to unlock the seized device in order to search the contents as authorized by this warrant.

As used in this warrant, the terms "records" and "information" include all writings, images, recordings, and other data stored in written, tangible, electronic, or any other format.

This warrant authorizes a review of electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronically stored information may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronically stored information to the custody and control of attorneys for the government and their support staff for their independent review.