# EXHIBIT 3

| | |
|---|---|
| **From:** | Trader Orders |
| **To:** | Nolan, Craig (USAHI) |
| **Cc:** | Tackett, Wyatt (HN) (FBI) |
| **Subject:** | RE: MJ 22-521 RT: Search Warrant Application |
| **Date:** | Tuesday, April 12, 2022 2:35:25 PM |
| **Attachments:** | MJ 22-521 RT Application and Affidavit_Redacted.pdf |
| | MJ 22-521 RT Warrant.pdf |
| | MJ 22-521 RT Sealing Order.pdf |

Attached please find signed and filed documents, and issued warrant. Thank you!

**From:** Nolan, Craig (USAHI) <■■■■■■■■■■■■■■>
**Sent:** Tuesday, April 12, 2022 1:37 PM
**To:** Trader Orders <■■■■■■■■■■■■■■■■■■>
**Cc:** Tackett, Wyatt (HN) (FBI) <■■■■■■■■■■■■■■>
**Subject:** MJ 22-521 RT: Search Warrant Application

**CAUTION - EXTERNAL:**

Your Honor,

This is the first of two emails containing related search warrant applications with nearly identical factual bases. The first warrant is sought in connection with an arrest operation planned for tomorrow morning. Attached are:

1. Application and Affidavit;
2. Proposed Warrant; and
3. Proposed Sealing Order.

FBI Special Agent Wyatt Tackett can be reached at his desk in the SCIF, ■■■■■■■■■, or his cell, ■■■■■■■■ (when outside the SCIF). Alternatively, I can ask Wyatt to call you at a designated time.

I can be reached on my cell, ■■■■■■■■.

Thank you,

Craig S. Nolan
Assistant United States Attorney
District of Hawaii
300 Ala Moana Blvd., Rm. 6-100
Honolulu HI 96850
■■■■■■■■■ (mobile)
■■■■■■■■■ (direct)

(808) 541-2850 (main)
(808) 541-2958 (fax)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.