Cassandra Stamm
Hawaii Bar # 11384
P.O. Box 1564
Kapaa, HI  96746
(808) 977-2528
caseystamm@hotmail.com
Counsel for Defendant Lindsey Kinney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:22-cr-00031-DKW |
| Plaintiff, | DEFENDANT'S WITNESS LIST |
| v. | |
| | Trial:  Dec. 12, 2022 |
| LINDSEY KINNEY, | Time:  9:00 am |
| | Judge:  Hon. Derrick K. Watson |
| Defendant. | |

    Per the parties' stipulation and the Court's order on final pretrial conference, the defendant Lindsey Kinney hereby submits the following list of witnesses whom he may call at trial.  Mr. Kinney additionally reserves the right to call any of the witnesses listed by the Government at Doc. Sub. No. 101.  Mr. Kinney does not presently intend to call any additional witnesses but reserves the right to call

1

additional witnesses in response to presently unanticipated exhibits and/or testimony presented at trial.

DATED this 5th day of December, 2022.

/s/ Cassandra Stamm
Law Offices of Cassandra Stamm, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES v. LINDSEY KINNEY**               CR. NO. 22-00031 DKW

## DEFENDANT'S WITNESS LIST

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **Hon. Derrick K. Watson** | **Craig S. Nolan** | **Cassandra Stamm** |
| Trial Date | Court Reporter | Courtroom Deputy |
| **December 12, 2022** | **Gloria Bediamol** | **Tammy Kimura** |

| # | Witness | Probably Testimony Date | Type of Witness |
|---|---|---|---|
| 1 | Samuel Walker Jr. | 12/08/22 | Honolulu Police Department - witness |
| 2 | Lawrence E. Daniel | 12/08/22 | Forensic analyst |
| 3 | Christopher Graham-Egbo | 12/08/22 | Investigator |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022, I filed the above Witness List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Government.

/s/  Cassandra Stamm
Law Offices of Cassandra Stamm, LLC
