CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
Email: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00031 DKW |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S AMENDED |
| | ) | WITNESS LIST; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| LINDSEY KINNEY, | ) | Trial: January 31, 2022 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Derrick K. Watson |
| | ) | |

**GOVERNMENT'S AMENDED WITNESS LIST**

The United States of America submits the following list of witnesses whom the United States may call at trial in this matter.  The previously filed witness list has been amended to include the name of the records custodian designated by T-Mobile to serve as trial witness in this matter, as well as the date of the continued

trial.  The United States does not commit to calling any of the listed witnesses or to calling them in the order listed.  The United States reserves the right to call any additional witnesses named or disclosed by the defendant, any additional witnesses who may become necessary by way of rebuttal or impeachment, and any witnesses necessary to authenticate records or the absence thereof if stipulations are not reached by the parties.

    DATED:   January 26, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By: */s/ Craig S. Nolan*
    CRAIG S. NOLAN
    Assistant U.S. Attorney

IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**UNITED STATES v. LINDSEY KINNEY**　　　　CR. NO. 22-00031 DKW

## GOVERNMENT'S WITNESS LIST

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **Hon. Derrick K. Watson** | **Craig S. Nolan** | **Cassandra Stamm** |
| Trial Date | Court Reporter | Courtroom Deputy |
| **January 31, 2023** | **Gloria Bediamol** | **Tammy Kimura** |

| | Witness | Probable Testimony date | Type of witness |
|---|---|---|---|
| 1 | Joseph Kaahema Simpliciano | | Victim-Witness |
| 2 | Carmen Guzman Simpliciano | | Victim-Witness |
| 3 | Elton Poki'i Magallanes | | Victim-Witness |
| 4 | Joshua Green | | Victim-Witness |
| 5 | Richard Blangiardi | | Victim-Witness |
| 6 | Brooke Wilson | | Witness |
| 7 | Aretaseta Aiolupotea | | Deputy Sheriff (Green Security) |
| 8 | Wallace Aina | | Honolulu Police Dept. (Blangiardi Security) |
| 9 | Dontae Nelson | | Meta/Instagram Records Custodian |
| 10 | Hillary Rapson | | T-Mobile Records Custodian |
| 11 | Kerry Schultz | | FBI CART Examiner |
| 12 | Steel Stewart | | FBI Special Agent |

|    | **Witness**            | **Probable Testimony date** | **Type of witness**                              |
|----|------------------------|-----------------------------|--------------------------------------------------|
| 13 | Scott Wells            |                             | FBI Special Agent                                |
| 14 | Kara Scammell          |                             | FBI Task Force Agent (Army CID Special Agent)    |
| 15 | Alkhazaali Haider      |                             | FBI Special Agent                                |
| 16 | Steven Lee             |                             | FBI Special Agent                                |
| 17 | Wyatt Tackett          |                             | FBI Special Agent                                |
| 18 | Rachel Kalauawa-Haupu  |                             | Witness                                          |
| 19 | Richard Oppenheimer    |                             | Witness                                          |
| 20 | Robin Martin           |                             | Witness                                          |
| 21 | Rudy Esquivel          |                             | Witness                                          |
| 22 | Seung-Kyun Ko          |                             | Witness                                          |
| 23 |                        |                             |                                                  |
| 24 |                        |                             |                                                  |
| 25 |                        |                             |                                                  |
| 26 |                        |                             |                                                  |
| 27 |                        |                             |                                                  |
| 28 |                        |                             |                                                  |
| 29 |                        |                             |                                                  |
| 30 |                        |                             |                                                  |
| 31 |                        |                             |                                                  |
| 32 |                        |                             |                                                  |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically by CM/ECF</u>:
Cassandra Stamm, Esq.
Attorney for Defendant
LINDSEY KINNEY

DATED: January 26, 2023, at Honolulu, Hawaii.

*/s/ Craig S. Nolan*
Craig S. Nolan
Assistant U.S. Attorney
