IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 08 2023
at 9 o'clock and 40 min. aM
John A. Mannle, Clerk

US of America
Plaintiff(s)

vs.

Lindsey Kinney
Defendant(s)

Civil No. _____

Criminal No. 22-00031 DKW

NOTE FROM THE JURY # 1

Your Honor,

What is the consequences if the jurors cannot unanimously agree on one of the two counts?

Dated at Honolulu, Hawaii on 2/8/2023

Time: 09:15

#4
Foreperson's Juror Number

The space below this line should contain only the Foreperson's signature.

/s/ Foreperson

Signature of Foreperson