IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LINDSEY KINNEY,<br><br>　　　　　Defendant. | CRIMINAL NO. 22-00031 DKW<br><br>**COURT'S RESPONSE TO JURY NOTE #1** |

The question in Jury Note #1, dated February 8, 2023, at 9:15 a.m. reads: "What [are] the consequences if the jurors cannot unanimously agree on one of the two counts?"

<u>Court's Response</u>:

The jury's duty is to deliberate in an effort to reach unanimous agreement on each count if the jury can do so without violence to individual judgment.  *See* Jury Instruction No. 22.  If unanimous agreement cannot be reached, the consequences of that inability are not to be considered by the jury for any purpose.